LAW OFFICES
# KAREN S. BURSTEIN

258 BROADWAY, SUITE 2C , NEW YORK, NY 10007 – (212) 693 - 2630
Facsimile: (212) 566-2360 - E-Mail: ksbesq@worldnet.att.net

**Notice of Lawsuit and Request for Waiver of Service of Summons**

Stephen L. Sheinfeld, Esq.                               March 13, 2008
Winston & Strawn LLP
200 Park Avenue
New York, New York  10166-4193

                            Re: Jain v Marsh,       **08-Civ-2515**

Dear Mr. Sheinfeld,

      Yesterday, on behalf of my client, Rajiv Jain, the Plaintiff, in the United States District Court for the Southern District, I filed the above docketed action naming your clients Marsh Inc, Marsh USA and Marsh and McLennan Companies as Defendants. A copy of the complaint is attached to this notice. By your consent, that complaint and other requisite documents are being delivered to you by e-mail in pdf format.

      Please sign and return the enclosed waiver of service as early as possible today, to allow me to include it in the papers e-mailed to the Court Clerk for ECF docketing. Once the waiver is filed, as you know, the action will proceed as if you had been served on the date of such filing, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent

      If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, as authorized by those Rules, ask the court to require you and your clients to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side of the waiver form. Thank you.

Yours truly,

*[signature]*

Karen S. Burstein

I affirm that this request is being sent to you by e-mail on behalf of the plaintiff on May 13, 2008.

                                                  *[signature]*

                                    Karen S. Burstein, Esq.(5390)
                                        Attorney for Plaintiff

# Waiver of Service of Summons

TO: Karen S. Burstein, Esq.,
 Counsel for Plaintiff Rajiv Jain
 *Office Address:*
 258 Broadway, Suite 2C
 New York, NY 10007
 ksbesq@worldnet.att.net


I acknowledge receipt of your request that, on behalf of my clients, the below named Defendants, I waive service of a summons in the action: <u>Rajiv Jain v Marsh, Inc, Marsh USA, Inc and Marsh and McLennan Companies, employees and assigns</u>, Case No. 08-Civ-2515 in the United States District Court for the Southern District of New York.

I have also received a copy of the complaint in the action, two copies of this instrument, and your consent to my returning the signed waiver to you by e-mail.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that my clients be served with judicial process in the manner provided by Rule 4. My clients will, however, retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against my clients if an answer or motion under Rule 12 is not served upon you within 60 days after March 13, 2008.


Dated: March 13, 2008

                                          WINSTON & STRAWN LLP

                                          By: _____
                                              Stephen L. Sheinfeld, Esq. (SS 3585)
                                          200 Park Avenue
                                          New York, NY 10166
                                          (212) 294-6700
                                          ssheinfeld@winston.com

                                          Attorneys for Defendants
                                          Marsh Inc., Marsh USA Inc., and
                                          Marsh & McLennan Companies, Inc.