UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RAJIV JAIN,

                Plaintiff,

     -against-                        08 Civ. 2515 (GBD)(THK)

MARSH INC., MARSH USA, INC.
AND MARSH AND MCLENNAN                <u>RULE 7.1 STATEMENT</u>
COMPANIES, subsidiaries and assignees,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Marsh Inc., Marsh USA Inc. and Marsh & McLennan Companies, Inc. (collectively, "defendants") certifies that there are no publicly held corporations that own 10% or more of defendants' stock, and further certifies that:

- Marsh & McLennan Companies, Inc. has no parent corporation, and is the parent corporation of Marsh Inc.; and,

- Marsh Inc. is the parent corporation of Marsh USA Inc.

Dated: New York, New York
       May 12, 2008

                                          WINSTON & STRAWN LLP

                                          By: <u>/s/ Stephen L. Sheinfeld</u>
                                                Stephen L. Sheinfeld (SS 3585)
                                          200 Park Avenue
                                          New York, New York 10166
                                          (212) 294-6700
                                          (212) 294-4700 (facsimile)
                                          ssheinfeld@winston.com

                                          Attorneys for Defendants